

# Fourth Court of Appeals
## San Antonio, Texas

June 24, 2014

No. 04-13-00156-CV

**GREEN TREE SERVICING, LLC** and U.S. Bank as Trustee of the Servertis Fund I Trust
2009-2 Grantor Trust Series 2009-2,
Appellants

v.

Eric C. **SANDERS** and Eric M. Sanders,
Appellees

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2009-TA1-03197
Honorable Larry Noll, Judge Presiding

## O R D E R

Sitting:      Sandee Bryan Marion, Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

The panel has considered the Appellees' Motion for Rehearing, and the motion is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 24th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court